IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DANIEL RAY GRAYSON,           )
                                       )
        Petitioner,            )
                                       )
                                       )
v.                                  )           No. 08-CV-349-JHP
                                       )
                                       )
UNITED STATES OF AMERICA,    )
                                       )
        Respondent.      )

## JUDGMENT

In accord with the Order denying Petitioner's motion to vacate, set aside, or correct sentence,

pursuant to 18 U.S.C. Section 2255, the Court hereby enters judgment in favor of the Respondent,

United States of America, and against Petitioner, Daniel Ray Grayson.


IT IS SO ORDERED this 6th day of July, 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma

1